**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 5, 2022

**REQUEST GRANTED.**

8/8/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:   United States v. Moorishyu Bey**
          22 CR 132 (LJL)

Dear Judge Liman,

      With the consent of the Government, I respectfully write to request a brief extension of the dealinde for defense motions from Friday, August 5 to Monday, August 8. The additional time is requested to give undersigned counsel time to finish preparing Mr. Bey's pretrial motions in consultation with Mr. Bey, who is currently detained at the MDC Brooklyn. As noted above, the Government consents to this brief extneison.

Respectfully submitted,
/s/ _____
Zawadi S. Baharanyi
Assistant Federal Defenders
917-612-2753

cc:   AUSA Mathew Andrews (ECF).