```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/6/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  :
UNITED STATES OF AMERICA,  :
  :
    -v-  :
  :    22-cr-132 (LJL)
MOORISHYU BEY,  :
  :    <u>ORDER</u>
    Defendant.  :
  :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court has scheduled two hearings for September 12, 2022 at 10:00 a.m.: (1) a *Wade* hearing to consider the validity of the identification process; and (2) a hearing on the pending motion to suppress the statements made by Defendant on February 3, 2020. Dkt. No. 17. The Government has moved to adjourn the *Wade* hearing until shortly before Victim-1's trial testimony in order to minimize the burden on that victim. *See* Dkt. No. 19.

    The Court will hold a telephonic conference on Thursday, September 8, 2022 at 3:30 p.m., to address this request and also procedures for and attendance at the *Wade* hearing, including whether Defendant will personally be present for the *Wade* hearing or will waive his appearance. The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101#, and follow the prompts.

    SO ORDERED.

Dated: September 6, 2022
       New York, New York

                                               LEWIS J. LIMAN
                                               United States District Judge