# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

January 9, 2023

**REQUEST GRANTED.**
The Sentencing hearing previously set for January 11, 2023 is rescheduled to January 13, 2023 at 4:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

1/10/2023   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Moorishyu Bey
22 Cr. 132 (LJL)

Dear Judge Liman:

As counsel for Moorishyu Bey, I write to request a re-scheduling of Mr. Mr. Bey's sentencing, scheduled for Wednesday, January 11, 2022 at 2:30 p.m.

I apologize for the last-minute request; however, I am in the middle of jury selection in *United States v. Ruslan M. Asainov,* 19 Cr, 402 (NGG), and am unable to excuse myself from the process. So that I may properly attend to my responsibilities on both cases, I respectfully request that the court re-schedule Mr. Bey's sentencing for Friday, January 13, 2023, (or on any other Friday) as Judge Garafus will not hold trial on Fridays.

I apologize for this last-minute notice but given this Court's preference for timely sentencing, I write and seek continuance of sentence.

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

*Susan G. Kellman*
Susan G. Kellman

cc:   All Counsel